Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **LILLY CRONIN,**<br>*individually and on behalf of*<br>*all those similarly situated,*<br><br>     Plaintiff,<br><br>  vs.<br><br>**OIL STOP LLC,**<br>          Defendant. | Case No.:<br><br><br>**PLAINTIFF'S CERTIFICATION OF**<br>**INTERESTED ENTITIES OR PERSONS**<br>**PURSUANT TO CIVIL L.R. 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that no other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities aside from the undersigned, the proposed class, and proposed class counsel (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: January 29, 2026

1
Plf.'s Certification of Interested Entities or Persons

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
E-mail: jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

Plf.'s Certification of Interested Entities or Persons