PAUL HASTINGS LLP
DANIEL PRINCE (SB# 237112)
danielprince@paulhastings.com
515 S. Flower St.
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone:  1(213) 683-6000
Facsimile:  1(213) 617-0705

MATTHEW PREVIN (SB# 2843092)
(*pro hac vice forthcoming*)
matthewprevin@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone:  1(212) 318-6000
Facsimile:  1(212) 319-4090

KRIS KNABE (SB# 6306346)
(*pro hac vice forthcoming*)
krisknabe@paulhastings.com
71 South Wacker Drive
Chicago, IL 60606
Telephone:  1(312) 499-6000
Facsimile:  1(312) 499-6100
*Attorneys for Defendant*
OIL STOP, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILLY CRONIN,** *individually and on behalf of all those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>**OIL STOP LLC,**<br><br>Defendant. | CASE NO. 5:26-CV-01020-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

- 1 -
STIPULATION AND [PROPOSED] ORDER

Lilly Cronin, individually and on behalf of all those similarly situated ("Plaintiff") and Oil Stop, LLC ("Defendant") (together, the "Parties"), by and through undersigned counsel, hereby submit this Joint Stipulation and state as follows:

WHEREAS the Complaint (Dkt. 1, "Complaint") may have been served upon Defendant on or about March 10, 2026;

WHEREAS Defendant does not concede that service was effective and expressly reserves all defenses, including but not limited to any challenge to the sufficiency of service of process;

WHEREAS assuming arguendo that service was effective as of March 10, 2026, Defendant's deadline to respond to the Complaint would be March 31, 2026;

WHEREAS the Parties have agreed to extend Defendant's deadline to respond to the Complaint by forty-five (45) days;

WHEREAS the Parties agree that Defendant's last day to respond to the Complaint shall be extended by forty-five (45) days to May 15, 2026, without prejudice to, or waiver of, any rights otherwise available to the Parties herein, including but not limited to Defendant's right to challenge the pleadings, jurisdiction, venue, sufficiency of service, or assert any other defenses available at law, in equity, or otherwise;

WHEREAS the current Case Management Conference ("CMC") is scheduled for May 5, 2026, and the Parties seek to continue the CMC in light of the requested extension, this stipulation is submitted for the Court's approval pursuant to Civil Local Rule 6-3;

WHEREAS the Parties further agree that the CMC should be continued to May 29, 2026, or to a date convenient for the Court; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Defendant's new deadline to respond to the Complaint in the above-captioned matter is extended to May 15, 2026.

The CMC currently scheduled for May 5, 2026 is continued to May 29, 2026, or to a date convenient for the Court.

STIPULATION AND [PROPOSED] ORDER

DATED: March 27, 2026                    Respectfully submitted,


THE LAW OFFICES OF JIBRAEL S. HINDI,    PAUL HASTINGS LLP
PLLC                                     DANIEL PRINCE
Gerald D. Lane, Jr                       MATTHEW PREVIN (*pro hac vice forthcoming*)
                                         KRIS KNABE (*pro hac vice forthcoming*)
By: */s/Gerald D. Lane*
*Attorneys for Plaintiff*
*Lilly Cronin, individually and on behalf of all*    By: */s/ Daniel Prince*
*those similarly situated*                  *Attorneys for Defendant*
                                         *OIL STOP, LLC*


*Pursuant to Civil L.R. 5-1(e)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.*

- 3 -
STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation to Extend Time to Respond to the Complaint and to Continue the Case Management Conference, and with good cause appearing,

IT IS HEREBY ORDERED that:

Defendant's deadline to answer, move, or otherwise respond to the Complaint is extended to and including **May 15, 2026**.  The Case Management Conference currently scheduled for May 5, 2026 is continued to ~~May 29, 2026, or to a date convenient for the Court.~~ **July 14, 2026 at 9:30 a.m.**  A Joint Case Management Statement is due **July 7, 2026**.

IT IS SO ORDERED.

DATED: March ~~27~~ 30, 2026

_____
Susan van Keulen
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER